O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI  48009
(248)  258-6262
(248) 258-6047 (fax)
dob@obryanlaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

JOHN JENSEN,

    Plaintiff,

-vs-                                      Case No: 08-668

FOSS MARITIME, _____

    Defendant.
_____/

## **COMPLAINT**

      NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER, complaining against Defendant as follows:

      1.    Jurisdiction and venue properly lie in this action, Defendant conducting business within this district where the incident of occurrence took place.

      2.    Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about September 23, 2006, Plaintiff was in the course of employment when same required ambulating on surfaces of unreasonably slippery variety lacking in non-skid when as a result thereof he was injured because of said failure to provide a safe place to work and seaworthy vessel.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

    a. Pain and suffering, past future;

    b. Mortification, humiliation, fright shock and embarrassment;

    c. Loss of earnings and earning capacity;

    d. Hospital, pharmaceutical and other cure expenses;

    e. Aggravation of prior condition, if any there be;

    f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

    g. Mental anguish;

    h. Found;

    i. Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

                                      O'BRYAN BAUN COHEN KUEBLER

                                      /s/ Dennis M. O'Bryan

                                      DENNIS M. O'BRYAN
                                      Attorneys for Plaintiff
                                      40l S. Old Woodward, Suite 450
                                      Birmingham, MI  48009
                                      (248) 258-6262
                                      (248) 258-6047 (fax)
                                      dob@obryanlaw.net

Dated:      January 25, 2008

```
```

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047 (fax)
dob@obryanlaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

JOHN JENSEN

       Plaintiff,

-vs-                                                                              Case No: 08-668

FOSS MARITIME, _____

       Defendant.
_____/

**DEMAND FOR TRIAL BY JURY**

      NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER, and hereby demands trial by jury in the above-referenced cause of action.

                                                O'BRYAN BAUN COHEN KUEBLER

                                                /s/ Dennis M. O'Bryan

                                                _____
_____DENNIS M. O'BRYAN
                                                Attorneys for Plaintiff
                                                40l S. Old Woodward, Suite 450
                                                Birmingham, MI  48009
                                                (248) 258-6262
                                                (248) 258-6047 (fax)
                                                dob@obryanlaw.net

Dated:        January 25, 2008