OBRYAN BAUN COHEN
KUEBLER KARAMANIAN
Christopher D. Kuebler
Attorney for Plaintiff
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 fax
ckuebler@obryanlaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

JOHN JENSEN,

    Plaintiff,

vs.

FOSS MARITIME,

    Defendant.
_____/

Case No. CV-08-0668-EMC (PR)

**APPEARANCE**

Please enter the Appearance of Christopher D. Kuebler as counsel for the Plaintiff, John Jensen, in the above-entitled cause of action.

Respectfully submitted,

OBRYAN BAUN COHEN
KUEBLER KARAMANIAN

/s/ Christopher D. Kuebler
Christopher D. Kuebler (P43220)
Attorney for Plaintiff
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
(248) 258-6262; (248) 258-6047 fax

1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 21st day of February 2008, a copy of the foregoing was filed through the Court's ECF electronic filing system and will be served through the Court's ECF system.

/s/ Christopher D. Kuebler
Christopher D. Kuebler