JOHN D. GIFFIN, CASB NO. 89608
ATLANTIS TILLMAN LANGOWSKI, CASB NO. 224051
KEESAL, YOUNG & LOGAN
A Professional Corporation
Suite 1500
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for
Defendants FOSS MARITIME COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JENSEN, | Case No. CV 08 0668 |
| Plaintiff, | **DEFENDANT FOSS MARITIME COMPANY'S RESPONSE TO THE PLAINTIFF'S COMPLAINT** |
| vs. | |
| FOSS MARITIME COMPANY, | |
| Defendant. | |

FOSS MARITIME COMPANY (Defendant) responds to the Plaintiff's Complaint as follows:

### JURISDICTION

1. Defendant admits those allegations contained in paragraph 1 and 2 of Plaintiff's Complaint.

2. In response to paragraph 3 of Plaintiff's Complaint, Defendant Foss Maritime Company admits that on or about September 23, 2006, Plaintiff was employed by Defendant. All other allegations contained therein are denied in their entirety.

- 1 -

3. Defendant denies, in their entirety, those allegations contained in paragraphs 4 and 5 of Plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

1. FOR A FIRST SEPARATE AND AFFIRMATIVE DEFENSE to Plaintiff's Complaint, Defendant alleges that Plaintiff's Complaint, and each purported cause of action therein, fails to state a claim upon which relief may be granted.

2. FOR A SECOND SEPARATE AND AFFIRMATIVE DEFENSE to Plaintiff's Complaint, Defendant alleges that any injury or damage which allegedly occurred to Plaintiff resulted from the failure of Plaintiff to perform his duties in a workman-like manner and, therefore, proximately contributed to the happening of said alleged accident and injury, loss and damage, if any.

3. FOR A THIRD SEPARATE AND AFFIRMATIVE DEFENSE to Plaintiff's Complaint, Defendant alleges each and every provision of Section 183 of Title 46, United States Code, wherein, among other things, liability for loss of life or bodily injury aboard a ship is limited to $420.00 per ton of the vessel's weight.

4. FOR A FOURTH SEPARATE AND AFFIRMATIVE DEFENSE to Plaintiff's Complaint, Defendant alleges upon information and belief that at the time during which Plaintiff was employed by Defendant as a member of the crew of a vessel, he represented and warranted that he was and would continue to be competent and physically able to perform the duties required of him on said vessel, and that he would truly and in good faith perform any and all duties in the capacity in which he was employed; that Defendant relied on said representation and warranty on the part of Plaintiff, but that said representation and warranty was not true; and that, to the contrary, Plaintiff was not competent or able to perform the duties aforesaid; that said injuries to Plaintiff, if any, were caused proximately and solely by the fact that Plaintiff was not competent, and that the same did constitute a breach on the part of Plaintiff of said representation and warranty.

DEFENDANT FOSS MARITIME COMPANY'S RESPONSE TO THE PLAINTIFF'S COMPLAINT
Case No. CV 08 0668

5.  **FOR A FIFTH SEPARATE AND AFFIRMATIVE DEFENSE** to Plaintiff's Complaint, Defendant alleges that Plaintiff's injuries and damages, if any, were caused entirely or in part by the negligence or fault of third persons or entities, including Plaintiff's prior treating physicians and/or employers, and consequently Defendant is not liable therefore. The proportionate degree of negligence or fault of each such person or entity, whether parties to this action or not, should be determined and prorated or otherwise apportioned, and any judgment that might be entered against Defendant should be reduced by that degree of fault found to exist as to said other persons or entities.

WHEREFORE, Defendant prays that Plaintiff take nothing by his Complaint and that his Complaint be dismissed with prejudice, that Defendant be awarded the costs of suit herein, and for such other and further relief as the Court may deem just and proper.

DATED: March 31, 2007

/s/ Atlantis Tillman Langowski
JOHN D. GIFFIN
ATLANTIS TILLMAN LANGOWSKI
KEESAL, YOUNG & LOGAN
Attorneys for
Defendants FOSS MARITIME COMPANY