United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

John Jensen

      Plaintiff,

v.

Foss Maritime

      Defendant.

_____/

Case No. CV-08-0668-EMC(PR)
_____

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _4-13-08_____

_____
Signature

Counsel for _PLAINTIFF_____
(Name of party or indicate "pro se")