OBRYAN BAUN COHEN KUEBLER KARAMANIAN
Christopher D. Kuebler
Attorney for Plaintiff
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 fax
ckuebler@obryanlaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

JOHN JENSEN,

    Plaintiff,

vs.

FOSS MARITIME,

    Defendant.
_____/

Case No. CV-08-0668-EMC (PR)

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

NOW COMES Plaintiff, by and through counsel undersigned, and pursuant to Civil Local Rule 3-16, states that there are no persons, firms, partnerships, corporations (including parent corporations) or other entities known by the Plaintiff to have either:

    i.    A financial interest in the subject matter in the controversy or in a party to the proceedings; or

    ii.    Any other kind of interest that could be substantially effected by the outcome of the proceeding.

1

Respectfully submitted,

OBRYAN BAUN COHEN KUEBLER KARAMANIAN

/s/ Christopher D. Kuebler
Christopher D. Kuebler (P43220)
Attorney for Plaintiff
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 fax
ckuebler@obryanlaw.net

Dated: May 2, 2008

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 2nd day of May 2008, a copy of the foregoing was filed through the Court's ECF electronic filing system and will be served through the Court's ECF system.

/s/ Christopher D. Kuebler
Christopher D. Kuebler

2