OBRYAN BAUN COHEN
KUEBLER KARAMANIAN
Christopher D. Kuebler
Attorney for Plaintiff
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 fax
ckuebler@obryanlaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

JOHN JENSEN,

    Plaintiff,

vs.

FOSS MARITIME,

    Defendant.

Case No. CV-08-0668-EMC (PR)

**PARTIES PROPOSED JOINT CASE MANAGEMENT STATEMENT**

NOW COME the parties, by and through their respective counsel, and hereby submit their Joint Case Management Statement as follows:

**I.**     **JURISDICTION and SERVICE:**

Subject matter jurisdiction is predicated on Title 28 USC §1331 and 1333 as this claim is brought under the Jones Act, Title 46 USC §30104 and the incorporated provisions of the Federal Employers' Liability Act, Title 45 USC §51, et seq., for negligence of the Defendant, and under the Admiralty and General Maritime Laws of the United States for unseaworthiness of the Defendant's vessel, unearned wages, and

1

maintenance and cure. The Defendant resides and/or maintains an office within the territorial jurisdiction of this Court and there are no issues of personal jurisdiction or venue. All parties have been served.

## II. FACTS:

Plaintiff's Complaint alleges that on or about September 23, 2006, while working for the Defendant, he sustained injuries after he slipped and fell. At this time, liability and damages are disputed.

## III. LEGAL ISSUES:

At this time, there are no disputed legal issues.

## IV. MOTIONS:

There are no pending motions.

## V. AMENDMENT OF PLEADINGS:

The deadline for amended pleadings should be <u>August 1, 2008.</u>

## VI. EVIDENCE PRESERVATION:

All evidence should be preserved until the parties have had a reasonable chance to collect same.

## VII. DISCLOSURES:

Plaintiff submitted its Initial Disclosures per Fed. R. Civ. Pro. Rule 26 on May 2, 2008. Defendant will submit its Initial Disclosures on or about <u>May 30, 2008.</u>

## VIII. DISCOVERY:

There is none to date.

IX. **CLASS ACTIONS:**

N/A

X. **RELATED CASES:**

N/A

XI. **RELIEF:**

Plaintiff claims damages, both past and future for loss of wages, medical expenses, and pain and suffering.

XII. **SETTLEMENT/ADR:**

The parties will stipulate to mediation.

XIII. **CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:**

The parties do not stipulate to having the Magistrate conduct further proceedings including trial and entry of judgment.

XIV. **OTHER REFERENCES:**

The case is not suitable for binding arbitration, special master or judicial panel on multi-district litigation.

XV. **NARROWING THE ISSUES:**

Request for Admissions and/or Stipulation will be considered.

XVI. **EXPEDITED SCHEDULE:**

This case is not suitable for expedited handling.

XVII. **SCHEDULING** (Proposed dates for designation of experts, etc.):

A. **Designation of experts:**

3

| | |
|---|---|
| Plaintiff (other than treating physicians): | November 15, 2008 |
| Defendant: | December 1, 2008 |
| Rebuttal: | December 15, 2008 |

Disclosure includes submission of all information required pursuant to Fed. R. Civ. Pro. 26. Depositions of treating physicians may be taken after the close of discovery.

**B.    Discovery Cutoff:**

March 1, 2009

**C.    Dispositive Motions Due:**

March 15, 2009

Opposition to Dispositive Motions Due:

April 1, 2009

Rebuttal:

April 10, 2009

**XVIII.    TRIAL:**

This case will be tried to a jury at this time. Anticipated length is 3 ½ days.

**XIX.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS:**

Plaintiff has filed a "certification of interested entities or persons" required by Civil Local Rule 3-16.

Plaintiff:

There are no persons, firms, partnerships, corporations (including parent corporations) or other entities known by the Plaintiff to have either:

4

i. A financial interest in the subject matter in the controversy or in a party to the proceedings; or

ii. Any other kind of interest that could be substantially effected by the outcome of the proceeding.

**XX. OTHER MATTERS TO FACILITATE THE JUST, SPEEDINESS and EXPENSE OF DISPOSITION OF MATTER:**

N/A

OBRYAN BAUN COHEN KUEBLER KARAMANIAN

/s/ Christopher D. Kuebler
Christopher D. Kuebler (P43220)
Attorneys for Plaintiff

Dated: May 5, 2008

KEESAL YOUNG LOGAN

/s/ Atlantis Tillman Langowski (w/consent)
Atlantis Tillman Langowski
Attorneys for Defendant

IT IS SO ORDERED:

_____
United States District Court Judge

Dated: _____

5