UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| C-08-668 | SAMUEL CONTI | DATE May 9, 2008 |
|---|---|---|
| Case Number | Judge | |

Title: JOHN JENSEN                     vs FOSS MARITIME

Attorneys: DENNIS O'BRYAN          JOHN GIFFIN

Deputy Clerk: T. De Martini     Court Reporter: Lydia Zinn

Court   Pltf's   Deft's
(xxx)   ( )     ( )    1. Status Conference - Held

( )     ( )     ( )    2. _____

( )     ( )     ( )    3. _____

( )     ( )     ( )    4. _____

( )     ( )     ( )    5. _____

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to 11/21/08 @ 10:00 AM for Trial Setting Conference

Case Continued to_____ for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: CASE REFERRED TO PRIVATE MEDIATION