```
 1  JOHN D. GIFFIN, CASB NO. 89608
    ATLANTIS TILLMAN LANGOWSKI, CASB NO. 224051
 2  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 3  Suite 1500
    Four Embarcadero Center
 4  San Francisco, California 94111
    Telephone:  (415) 398-6000
 5  Facsimile:  (415) 981-0136

 6  Attorneys for
    Defendant FOSS MARITIME COMPANY
 7

 8  CHRISTOPHER D. KUEBLER
    O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
 9  401 S. Old Woodward, Suite 450
10  Birmingham, MI  48009
    Telephone:  (248) 258-6262
11  Facsimile:  (248) 258-6047

12  Attorneys for Plaintiff JOHN JENSEN
```

13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN JENSEN, | ) | Case No. CV-08-0668-EMC(PR) |
| | ) | |
| Plaintiff, | ) | *Action Filed: January 25, 2008* |
| | ) | |
| vs. | ) | *ASSIGNED FOR ALL PURPOSES TO:* |
| | ) | *Judge Samuel Conti* |
| FOSS MARITIME COMPANY, | ) | |
| | ) | **STIPULATION AND** |
| Defendant. | ) | **[PROPOSED] ORDER** |
| | ) | **TO CONTINUE TRIAL DATE** |
| | ) | **[FED. R. CIV. PROC. 16 (b); CIVIL** |
| | ) | **LOCAL RULE 7-12]** |
| | ) | |
| | ) | Trial Date:  March 16, 2009 |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 7-12, Counsel for Plaintiff JOHN JENSEN ("Plaintiff") and Defendant FOSS MARITIME

1  COMPANY("Defendant") (collectively referred to herein as the "Parties") hereby
2  stipulate to the following:
3      WHEREAS Defendant's counsel is scheduled to commence a trial in the
4  *Michael Jastrzebski v. Matson Navigation Company*, Alameda County Superior Court
5  Case No.: RG06-252630 case (the "*Jastrzebski* case") on March 16, 2009, a case
6  originally filed August 25, 2006 and that has been set for trial six times (*see* Declaration
7  of John D. Giffin (hereinafter "Giffin Decl.") at ¶ 3);
8      WHEREAS all parties answered ready for trial the court continued the last
9  two trial settings due to scheduling conflicts on its calendar (*see* Giffin Decl. at ¶ 3);
10      WHEREAS the court has represented to the parties that the *Jastrzebski*
11  case has been given priority for the March 16, 2009 trial date and Mr. Jastrzebski's
12  counsel has represented that he has cleared his calendar of another trial set for that
13  date in order to try the *Jastrzebski* case (*see* Giffin Decl. at ¶ 3);
14      WHEREAS the present action was filed on January 25, 2008,
15      WHEREAS trial in the present action is currently set for March 16, 2009,
16  the same trial date as the *Jastrzebski* case;
17      WHEREAS the parties in this action have not requested any other
18  continuance in this action; and
19      WHEREAS the parties stipulate by and between counsel for Plaintiffs and
20  Defendants that all of the deadlines previously established by the Court or by statute
21  remain as ordered by the Court in its November 18, 2008 Case Management Order.
22      It is hereby stipulated by and between counsel for Plaintiff and Defendants
23  that the trial date currently scheduled for March 16, 2009 be continued for
24  approximately ninety (90) days to June 1, 2009 or a date thereafter.

| | |
|---|---|
| 1  DATED: December 15, 2008 | /s/ Christopher D. Kuebler |
| 2 | CHRISTOPHER D. KUEBLER |
|   | O'BRYAN BAUN COHEN KUEBLER |
| 3 | KARAMANIAN |
|   | Attorneys for Plaintiff |
| 4 | JOHN JENSEN |

DATED: December ___, 2008

                                              /s/ John D. Giffin
JOHN D. GIFFIN
ATLANTIS TILLMAN LANGOWSKI
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY

       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 3 -
KYL_SF470176
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE

## DECLARATION OF JOHN D. GIFFIN

I, JOHN D. GIFFIN, declare as follows:

1. I am the attorney of record for Defendant FOSS MARITIME COMPANY in the above-entitled matter. As such, I am personally familiar with the facts stated below and should I be called upon to testify thereto, I would be competent to do so.

2. This Declaration is submitted in support of the parties' Stipulation to Continue the Trial Date in the present action.

3. I am scheduled to commence a trial in the *Michael Jastrzebski v. Matson Navigation Company*, Alameda County Superior Court Case No.: RG06-252630 case (the "*Jastrzebski* case") on March 16, 2009. The *Jastrzebski* case was originally filed August 25, 2006 and has been set for trial six times. The last two trial dates all parties answered ready for trial. Both trial dates were continued by the court, however, due to scheduling conflicts on its calendar. At the last trial setting conference, the court represented to the parties that the *Jastrzebski* case would be given priority for the March 16, 2009 trial date and Mr. Jastrzebski's counsel represented that he would clear his calendar of another trial set for that date in order to try the *Jastrzebski* case on March 16th.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __ day of December 2008, at San Francisco, California.

_____
JOHN D. GIFFIN

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, the trial date currently set for March 16, 2009 is continued to June 1, 2009.

IT IS SO ORDERED.

DATED: _____12/17_____, 2008

_____
THE HON. SAMUEL CONTI
Judge of the [United States District Court, Northern District of California]

*IT IS SO ORDERED* — Judge Samuel Conti [signature and seal]