1  OBRYAN BAUN COHEN
       KUEBLER KARAMANIAN
2  Christopher D. Kuebler
   Attorney for Plaintiff
3  401 S. Old Woodward, Ste. 450
   Birmingham, MI 48009
4  (248) 258-6262
5  (248) 258-6047 fax
   ckuebler@obryanlaw.net
6

7
                UNITED STATES DISTRICT COURT
8               NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO
9

10  JOHN JENSEN,

11        Plaintiff,                    Case No. CV-08-0668-EMC (PR)
12
13  vs.                                 Stipulation/Order for Dismissal
                                        With Prejudice
14  FOSS MARITIME,

15        Defendant.
                                    /
16

17     NOW COME the parties, by and through their respective counsel undersigned, and

18  hereby stipulate to an Order of Dismissal of this matter with prejudice and without costs to

19  either party.  It is further stipulated that the parties shall have 30 days to consummate the

20  terms of the settlement agreement.

21

22  OBRYAN BAUN COHEN
       KUEBLER KARAMANIAN          KEESAL YOUNG & LOGAN
23

24  /s/ Christopher D. Kuebler          /s/ Atlantis Tillman Langowski (with consent)
    Christopher D. Kuebler (P43220)    Atlantis Tillman Langowski
25  401 S. Old Woodward, Ste. 450      450 Pacific Ave.
    Birmingham, MI 48009               San Francisco, CA 94133
26

27                                     

28

                                                                         3/4/09

| | |
|---|---|
| 248-258-6262 | 415-398-6000 |
| 248-258-6047 fax | atlantis.langowski@kyl.com |
| ckuebler@obryanlaw.net | |

IT IS SO ORDERED:

_____
United States District Court Judge

DATED: _____